[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 06-13500

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MARCH 28, 2007
THOMAS K. KAHN
CLERK

D. C. Docket No. 04-00068-CV-CAR-3

JAMES D. DAVIS,
KENNETH DURDEN,
CARL MORROW,
REX WAMER,
JASON STRIBLING,
ANTHONY LOGAN,
RICHARD CARIGNAN, on behalf of themselves and
others similarly situated,

Plaintiffs-Appellants,

KYLE MACKENZIE, on behalf of himself and others
similarly situated,

Plaintiff,

versus

CITY OF LOGANVILLE, GEORGIA, a municipal
corporation,

Defendant-Appellee,

JAMES D. BRIGHT,

Defendant.

_____

Appeal from the United States District Court
for the Middle District of Georgia
_____

**(March 28, 2007)**

Before HULL and MARCUS, Circuit Judges, and BARZILAY,[*] Judge.

PER CURIAM:

After review and oral argument, we affirm the March 27, 2006 and May 11, 2006 orders of the district court that, taken together, grant summary judgment in favor of the defendant-appellee on all of the plaintiffs-appellants' claims. We affirm for the reasons outlined in these two thorough orders entered by the district court.

**AFFIRMED.**

---

[*]Honorable Judith M. Barzilay, Judge, United States Court of International Trade, sitting by designation.